UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CARL ZEISS MICROSCOPY, LLC,

          Plaintiff,

v.

VASHAW SCIENTIFIC, INC.,

          Defendant.
--------------------------------------------------------------x

7:19-cv-3540 (VB)

**SUGGESTION OF BANKRUPTCY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-15-20

PLEASE TAKE NOTICE that, on January 14, 2020, defendant Vashaw Scientific, Inc. ("Defendant") filed a voluntary petition, in the United States Bankruptcy Court for the Northern District of Georgia, for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the case of In re Vashaw Scientific, Inc., Case No. 20-60776.

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, Defendant's filing of its voluntary petition operates as an automatic stay of the above-captioned action.

Dated: New York, New York
      January 15, 2020

TRACHTENBERG RODES & FRIEDBERG LLP
Attorneys for Defendant

By: _____
    Leonard A. Rodes
    lrodes@trflaw.com
545 Fifth Avenue
New York, New York 10017
(212) 972-2929

---

This case is STAYED pursuant to 11 U.S.C. § 362. By 4/14/2020, and every ninety days thereafter, the parties shall file a joint letter updating the Court regarding the status of the bankruptcy proceedings. Additionally, within ten days of completion of the bankruptcy proceedings, the parties shall provide a joint status report to the Court.

SO ORDERED.

_____
Vincent L. Briccetti, U.S.D.J., 1/15/2020

MILLER CANFIELD
Attorneys for Plaintiff
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 496-7532